**DISMISS and Opinion Filed September 17, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00609-CV

### CARLA D. EVANS, Appellant
### V.
### UNITED AUTOMOBILE INSURANCE SERVICES AND OLD AMERICAN COUNTY MUTUAL FIRE INS. CO., Appellees

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-11979**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Partida-Kipness
Opinion by Justice Osborne

By letter filed August 21, 2020, appellant informed the Court the case had settled. Appellant has taken no other action or otherwise communicated with the Court since then. Accordingly, we construe the letter as a motion to dismiss and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

200609F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CARLA D. EVANS, Appellant

No. 05-20-00609-CV      V.

UNITED AUTOMOBILE
INSURANCE SERVICES AND
OLD AMERICAN COUNTY
MUTUAL FIRE INS. CO.,
Appellees

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-19-11979.
Opinion delivered by Justice
Osborne, Justices Schenck and
Partida-Kipness participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** that appellees United Automobile Insurance Services and Old American County Mutual Fire Ins. Co. recover their costs, if any, of this appeal from appellant Carla D. Evans.

Judgment entered September 17, 2020.